82,788-02

Trial Court No. 2010-CRM-682-D3

IN THE COURT OF CRIMINAL APPEALS

THROUGH THE

49th JUDICIAL DISTRICT COURT OF WEE COUNTY

_____

Santiago Hernandez

vs.

The State of Texas

- - - - - - - - - - - - - - - - - - - - -

WRIT OF MANDAMUS

_____

Santiago Hernandez #1689972
Daniel Unit
938 S. FM 1673
Snyder, Tx 79549

Pro Se Litigant

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 09 2015
Abel Acosta, Clerk

## Facts

1. Applicant Hernandez, filed a subsequent writ pursuant to art 11.07 section 4 with the Webb County District Clerk,

2. This application was filed over 60 day's ago.

3. The application does not challenge the conviction or sentence.

4. However, it requested that the court contact the Parole Board and TDCJ-ID to correct their files since his plea agreement stipulated there would be no deadly weapons findings.

5. Applicant has already exhausted both remedies by contacting the parole board and TDCJ-ID with no avail.

6. The Assistant district Attorney for Webb County claimed estoppal since applicants claims are true.

7. After 60 days they still have not sent the records to the Court of Criminal Appeals.

## STATE

The State has 15 days from the date of filing to respond to the writ. After their time limit, they finally responded on April 15, 2015.

## COURT

The trial court then has 20 days to respond. They have refused to do so.

## DISTRICT CLERK

Upon the experation of both the State and Courts time limits, it is the District Clerks Obligation to foward the file to the court of Criminal Appeals. The Order of Legal Process is in violation.

## COURT OF CRIMINAL APPEALS

Applicant Hernandez, request that this court envoke it's authority and order the district Clerk of Webb County, Texas to foward the record to this Honorable court.

1.

Date:_____                    Respectfully,

_____
Santiago Hernandez #1689972
Daniel Unit
938 S.FM 1673
Snyder, Tx 79549

2.